AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Koschman

V.

City of Chicago et al.,

CASE NUMBER: 1:14 CV 02041

ASSIGNED JUDGE: Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Richard Rybicki
c/o Chicago Police Department
Office of Legal Affairs
3510 South Michigan Avenue, 5th Floor
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney for Plaintiff, Locke Bowman
Northwestern University School of Law
Roderick and Solange MacArthur Justice Center
375 East Chicago Ave
Chicago, IL. 60611

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: March 27, 2014

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-28-14 |
| NAME OF SERVER (PRINT) DARRELL CANNON | TITLE SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3510 S. Michigan

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-28-14      *Darrell Cannon*
           Date           Signature of Server

375 East Chicago Ave. Chicago, IL. 60611
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.