# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of Koschman v. City of Chicago, et al. | Case | 14 C 2041 |
|---|---|---|

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Phil Cline, Ernest Brown, and Jody Weis

---

| SIGNATURE |
|---|
| /s/ George J. Yamin, Jr. |

| FIRM City of Chicago Department of Law |
|---|

| STREET ADDRESS 30 North LaSalle Street, Room 900 |
|---|

| CITY/STATE/ZIP Chicago, Illinois 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06217483 | TELEPHONE NUMBER 312/744-0454 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |
|---|