140231.114

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NANCI KOSCHMAN, individually, and on behalf of The Estate of David Koschman,<br><br>    Plaintiff,<br><br>  v.<br><br>The CITY OF CHICAGO, et al.,<br><br>    Defendants. | No. 1:14-cv-02041<br>Judge Rebecca R. Pallmeyer |

**DEFENDANT RICHARD J. VANECKO'S
<u>REPLY BRIEF IN SUPPORT OF HIS MOTION TO DISMISS</u>**

Defendant Richard J. Vanecko ("Vanecko"), by his attorneys, DONOHUE BROWN MATHEWSON & SMYTH LLC, replies in support of his motion to dismiss as follows:

**<u>INTRODUCTION</u>**

Plaintiff has filed three claims against Mr. Vanecko: wrongful death; survival; and intentional infliction of emotional distress. Plaintiff agrees that all of these claims are barred by the applicable Illinois statutes of limitations. Plaintiff does not dispute that these claims should be dismissed. Instead, plaintiff argues that these claims should be dismissed without prejudice. Plaintiff, however, fails to cite to any statute or case law to support this request. It is clear and undisputed that the statute of limitations applicable to the claims against Mr. Vanecko have run and therefore Mr. Vanecko is entitled to dismissal of the claims pending against him with prejudice. Not only has plaintiff failed to cite to any authority to support her request for a dismissal without prejudice, but further, allowing a dismissal without prejudice would be contrary to the policy of

finality which underlies the statutes of limitations. Mr. Vanecko is entitled to a dismissal with prejudice.

## ARGUMENT

### I. Plaintiff Concedes That Her Claims Against Mr. Vanecko Are Barred by the Applicable Statutes of Limitation.

Plaintiff has raised three state law claims against Mr. Vanecko: wrongful death; survival; and intentional infliction of emotional distress. (*See* Plaintiff's Complaint, Counts III-V.) She has brought no other claims. These three claims have a statute of limitations of one to two years under Illinois law. *See* 740 ILCS 180/2(c) (stating that a wrongful death action "shall be commenced within 2 years after the death of such person"); 735 ILCS 5/13-209(a) (stating that a person's representative may bring a survival cause of action at most one year after the person's death); 735 ILCS 5/13-202 (stating that a person may bring a cause of action for personal injury – including intentional infliction of emotional distress – within two years after the incident at issue occurred). Plaintiff in fact acknowledges this in her Response when she states, "[a]s Vanecko notes, the statute of limitations on Counts III through V are one or two years." (*See* Plaintiff's Response at 42.)

Here, no matter which date is selected to mark accrual of her causes of actions all counts against Mr. Vanecko are time barred. The incident occurred on April 25, 2004; David Koschman died on May 8, 2004; and Plaintiff petitioned for the appointment of a special prosecutor to investigate her son's death in December 2011. Plaintiff filed her complaint on March 24, 2014, well beyond all statutes of limitations applicable to the claims against Mr. Vanecko. Accordingly, all of the claims against Mr. Vanecko are barred and should be dismissed.

2

Plaintiff tacitly agrees. First, as noted above, plaintiff states, "As Vanecko notes, the statute of limitations on Counts III through V are one or two years, while the Complaint was filed in 2014." (*See* Response at 42.) Second, plaintiff entitles Section VII: "The Claims Against Vanecko Should Not Be Dismissed With Prejudice." (*Id.*) Effectively, plaintiff concedes that Illinois law bars these three claims against Mr. Vanecko, and that these counts should be dismissed.

**II.     The Counts Against Mr. Vanecko Should Be Dismissed With Prejudice.**

Plaintiff's only argument against Mr. Vanecko is that the counts against him should be dismissed without prejudice. Plaintiff's basis for this argument is that she could possibly bring future counts against Mr. Vanecko for conspiracy. (*See* Response at 42.) But Plaintiff has not brought any conspiracy count against Mr. Vanecko and such conspiracy allegations are not pertinent to the specific claims immediately before this Court. Instead, plaintiff has only brought three Illinois state tort claims against Mr. Vanecko. Because plaintiff has brought these claims after the applicable statutes of limitations have run, these claims are barred, and can never be resurrected.

Plaintiff has failed to cite to any statute or case law or any other authority to support her position that the Court's dismissal of the claims against Mr. Vanecko should be without prejudice. The plaintiff's statement that she might in the future uncover some evidence linking Mr. Vanecko to some alleged conspiracy must fall on deaf ears. The plaintiff has not pled any other claim against Mr. Vanecko beyond the three state law tort claims. Plaintiff has now had over 10 years to investigate the circumstances surrounding the death of David Koschman and also has the benefit of the extensive investigative report prepared by the special prosecutor, Mr. Dan Webb. There has been no evidence that Mr. Vanecko has been involved in any alleged conspiracy produced to date or

3

alleged in the complaint. This Court's dismissal of the claims against Mr. Vanecko therefore should be with prejudice.

Dismissal of these claims pursuant to the Illinois statutes of limitations should be final. This comports with the policy of finality behind statutes of limitation. *See Day v. McDonough*, 547 U.S. 198, 205-06 (2006) (noting that a statute of limitations "lends finality" to court judgments "within a reasonable time"). Indeed, the Seventh Circuit has described this important policy by saying:

> Statutes of limitation and repose represent society's recognition that *predictability and finality* are *desirable,* indeed *indispensable,* elements of the orderly administration of justice that must be balanced against the right of every citizen to seek redress for a legally recognizable wrong.

*Nature Conservancy v. Wilder Corp. of Delaware*, 656 F.3d 646, 650 (2011), *quoting Sundance Homes, Inc. v. County of DuPage*, 195 Ill.2d 257, 266 (2001) (emphasis added).

Specifically, when a lawsuit "is barred by … statutes of limitation or repose," a later development "cannot reopen the door already closed." *James B. Beam Distilling Co. v. Georgia*, 501 U.S. 529, 541 (1991) (superseded by statute on other grounds). Instead, the suit must be dismissed with prejudice, and can never be revived. *See Bachenski v. Malnati*, 11 F.3d 1371, 1378 (7th Cir. 1993) (holding that "[b]ecause the statute of limitations had already expired when the district court dismissed [plaintiff's] claim against [defendant], there was *no possibility the claim could ever be revived*, and thus the dismissal *was final and fatal* to [plaintiff's] claims") (emphasis added); *Griffith v. Central Telephone Co. of Illinois*, 1989 WL 27457 at *2 (N.D. Ill. Mar. 20, 1989) (stating that "the Court must dismiss the plaintiff's Complaint *with prejudice* for failure to file within the appropriate time limit") (emphasis added). Such a dismissal is *always* with prejudice. *See Ammons v. Cook County, Ill.*, 2012 WL 2368320 at *3 (N.D. Ill. June 20, 2012), *citing Elmore v. Henderson*, 227 F.3d

4

1009, 1011 (7th Cir. 2000) (affirming that "[O]nce the statute of limitations has run, a dismissal without prejudice is effectively *with* prejudice") (emphasis in original).

The claims against Mr. Vanecko are forever time barred and should be dismissed with prejudice.

WHEREFORE, Defendant, RICHARD J. VANECKO, respectfully requests that this Honorable Court enter a final and appealable order dismissing Counts III, IV, and V against defendant RICHARD J. VANECKO with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). This defendant prays for this relief as well as any other relief that this Court deems just and equitable under the circumstances.

    Respectfully submitted,

    DONOHUE BROWN MATHEWSON & SMYTH LLC

    By:   s// *Mark M. Burden*
          Mark M. Burden

DONOHUE BROWN MATHEWSON & SMYTH LLC
Mark M. Burden  ARDC: 06210559
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:   (312) 422-0900
Facsimile:   (312) 422-0909
Email:   mark.burden@dbmslaw.com

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2104, I electronically filed Defendant Richard J. Vanecko's Reply Brief in Support of His Motion to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which provided electronic service of such filing to the counsel of record set forth below.

s/ *Mark M. Burden*
Mark M. Burden (ARDC# 06210559)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
*mark.burden@dbmslaw.com*

ATTORNEYS OF RECORD

| Service List – Koschman 1:14-cv-020241 ||
|---|---|
| Mr. Locke E. Bowman, III<br>MacArthur Justice Center<br>Northwestern University School of Law<br>357 East Chicago Avenue<br>Chicago, IL 60611<br>Phone: (312) 503-0844<br>Fax: (312) 503-1272<br>E-mail: l-bowman@la.northwestern.edu | Mr. G. Flint Taylor, Jr.<br>People's Law Offices<br>1180 North Milwaukee Avenue<br>Chicago, IL 60622<br>Phone: (773) 235-0070<br>E-mail: flint.taylor10@gmail.com |
| Ms. Alexa Van Brunt<br>MacArthur Justice Center<br>375 East Chicago Avenue<br>Chicago, IL 60647<br>Phone: (312) 503-1336<br>Email: a-vanbrunt@lawnorthwestern.edu | Mr. Stephen H. Weil<br>Roderick and Solange MacArthur Justice Center<br>375 East Chicago Avenue<br>Chicago, IL 60611<br>Phone: (312) 503-1271<br>E-mail:steve.weil@northwestern.edu |

| | |
|---|---|
| Service List – Koschman 1:14-cv-020241 ||
| Mr. Daniel F. Gallagher<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL  60602<br>Phone:	(312) 603-5365<br>E-mail:  daniel.gallagher2@cookcountyil.gov | Ms.  Lisa M. Meador<br>Cook County State's Atorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL  60602<br>Phone:	(312) 603-3369<br>E-mail:  lisa.meador@cookcountyil.gov |
| Mr. Thomas E. Nowinski<br>Cook County States Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL  60602<br>Phone:	(312) 603-4327<br>E-mail:  Thomas.Nowinski@cookcountyil.gov | Mr.  Michael J.A. Pasquinelli<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL  60602<br>Phone:	(312) 603-5153<br>E-mail: michael.pasquinelli@cookcountyil.gov |
| Mr. Donald J. Pechous<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL  60602<br>Phone:	(312) 603-3378<br>E-mail:  donald.pechous@cookcountyil.gov | Mr. Graham P. Miller<br>Borkan & Scahill, Ltd.<br>20 South Clarkj Street<br>Suite 1700<br>Chicago, IL  60603<br>E-mail:  gmiller@borkanscahill.com |
| Mr.  Timothy P. Scahill<br>Borkan & Scahill, Ltd.<br>20 South Clark Street<br>Suite 1700<br>Chicago, IL  60603<br>E-mail:   tscahill@borkanscahill.com | Mr. Steven B. Borkan<br>Borkan & Scahill, Ltd.<br>20 South Clark Street<br>Suite 1700<br>Chicago, IL  60603<br>E-mail:  sborkan@borkanscahill.com |
| Ms.  Whitney Hutchinson<br>Borkan & Scahill, Ltd.<br>20 South Clark Street<br>Suite 1700<br>Chicago, IL  60603<br>E-mail:  whutchinson@borkanscahill.com | Ms. Misha Itchhaporia<br>Borkan & Scahill, Ltd.<br>20 South Clark Street<br>Suite 1700<br>Chicago, IL  60603<br>E-mail:  mitchhaporia@borkanscahill.com |
| Ms. Victoria R. Benson<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 900<br>Chicago, IL  60602<br>Phone:	(312) 742-1842<br>E-mail:  victoria.benson@cityofchicago.org | Mr. Christopher Wallace<br>City of Chicago Department of Law<br>30 North LaSalle Street<br>Suite 900<br>Chicago, IL  60602<br>Phone:	(312) 742-6408<br>Email:  christopherwallace@cityofchicago.org |

| | |
|---|---|
| Service List – Koschman 1:14-cv-020241 | |
| Mr. George J. Yamin, Jr.<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Room 900<br>Chicago, IL  60602<br>Phone:        (312) 744-0454<br>E-mail:gyamin@cityofchicago.org | Mr.  Andrew M. Hale<br>Hale Law LLC<br>53 W. Jackson Boulevard<br>Suite 330<br>Chicago, IL  60604<br>Phone:        (312) 341-9646<br>Email:  ahale@ahalelaw.com |
| Ms.  Amy Hijjawi<br>Hale Law LLC<br>53 West Jackson Boulevard<br>Sutie 330<br>Chicago, IL  60604<br>Phone:        (312) 341-9646<br>Email:  ahijjawi@ahalelaw.com | Mr. Avi T. Kamionski<br>Hale Law LLC<br>53 West Jackson Boulevard<br>Suite 330<br>Chicago, IL  60604<br>Phone:        (312) 341-9646<br>Email:  akamionski@ahalelaw.com |
| Mr. Shneur Nathan<br>Hale Law LLC<br>53 West Jackson Boulevard<br>Suite 330<br>Chicago, IL  60604<br>Phone:        (312) 341-9646<br>Email:  snathan@ahalelaw.com | Mr. Frank R. Dickerson<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>Phone:        (312) 701-8697<br>Email:  fdickerson@mayerbrown.com |
| Mr. Vincent J. Connelly<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>Phone:        (312) 701-7912<br>Email:  vconnelly@mayerbrown.com | Mr. Ryan W. Fuoss<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>Phone:        (312) 701-8803<br>Email:  rfuoss@mayerbrown.com |
| Mr. Jonathan Clark Green<br>Corporation Counsel's Office<br>30 North LaSalle Sreet<br>Suite 900<br>Chicago, IL  60602<br>Phone:        (312) 744-0226<br>E-mail:  jonathangreen@cityofchicago.org | Mr. Tomas Petkus<br>Tobin & Munoz, LLC<br>Three First National Plaza<br>Suite 1950<br>Chicago, IL  60602<br>Phone:        (312) 641-1321<br>Email:  tomaspetkus@barristers.com |

| Service List – Koschman 1:14-cv-020241 ||
|---|---|
| Mr. Sean M. Sullivan<br>Tobin & Munoz, LLC<br>Three First National Plaza<br>Suite 1950<br>Chicago, IL  60602<br>Phone:         (312) 641-1321<br>Email : ssullivan@barristers.com | Mr. Brian P. Gainer<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, IL  60603<br>Phone:         (312) 372-0770<br>Fax:             (312) 372-9818<br>Email:  gainerb@jbltd.com |
| Mr. Rory L. Margulis<br>Johnson & Bell, Ltd.<br>33 W. Monroe Street<br>Suite 2700<br>Chicago, IL  60603<br>Phone:         (312) 372-0770<br>Fax:             (312) 372-9818<br>E-mail: Margulisr@jbltd.com | Ms. Ann E. Zipfel<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Sutie 2700<br>Chicago, IL  60603<br>Phone:         (312) 372-0770<br>Email:  zipfela@jbltd.com |
| Craig D. Tobin<br>Tobin & Munoz, LLC<br>Three Frist National Plaza<br>Suite 1950<br>Chicago, Illinois  60602<br>(312) 641-1321<br>Email:  ctobin@barristers.com | |