# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NANCI KOSCHMAN, Individually and on behalf of the Estate of David Koschman, ) ) ) | |
| Plaintiff, ) | No. 14-cv-02041 |
| ) v. ) | Hon. Rebecca R. Pallmeyer |
| ) CITY OF CHICAGO, *et al.*, ) ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nanci Koschman, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered on August 28, 2014 granting motions to dismiss by the defendants. (*See* Dkt. 113.) Judgment was entered in the case on August 28, 2014. (*See id.*)

Respectfully submitted

**NANCI KOSCHMAN**

By: /s/ Stephen H. Weil
One of her attorneys

Locke E. Bowman
Alexa Van Brunt
Stephen H. Weil
Roderick and Solange MacArthur Justice Center
Northwestern University School of Law
375 East Chicago Ave.
Chicago, IL 60611
(312)503-0844

G. Flint Taylor
People's Law Office
1180 North Milwaukee Ave.
Chicago, IL 60642
(773)235-0070

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, certifies that he electronically filed the foregoing document using the Court's CM/ECF system, which automatically served copies upon all parties listed on the attached Service List on September 23, 2014.

                                                                         /s/    Stephen H. Weil